JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5053
   Fax: (408)-535-5066
   E-Mail: thomas.m.oconnell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-01082 JW |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING SENTENCING |
| vs. ) | HEARING |
| ) | |
| JAMAINE DONTAE BARNES, ) | |
| Defendant. ) | |
| _____) | |

**STIPULATION**

The parties, by and through their respective counsel, hereby stipulate and agree that the status hearing currently set for Monday, March 1, 2010, may be continued to Monday, March 15, 2010, at 1:30 p.m., in order to permit both counsel to further prepare for the sentencing hearing.

//

//

//

The United States Probation Office has been consulted as to the requested continuance and has no objection.

Dated: February 16, 2010

                                                _____/S/_____
                                                THOMAS M. O'CONNELL
                                                Assistant United States Attorney

Dated: February 16, 2010

                                                _____/S/_____
                                                LUPE MARTINEZ, Esq.
                                                Counsel for Defendant

## [PROPOSED] ORDER

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing of Monday, March 1, 2010, may be continued to Monday, March 15, 2010, at 1:30 p.m.,

It is so ordered.

Dated: February __19__, 2010

                                                _____
                                                HON. JAMES WARE
                                                United States District Judge